**1195** PARISEAU vs. BOARD OF EDUCATION (Escanaba), No. 13552, 96 M., 302.

To compel respondent to rescind a resolution declaring James R. Champ entitled to a seat on respondent board, and to admit relator as a member thereof.

Denied June 30th, 1893, with costs, on the ground that

mandamus is not the proper proceeding in which to oust from office an acting officer who is not a party thereto.